**Order filed, November 14, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00847-CV

### BELFIORE DEVELOPERS, LLP, Appellant

### V.

### ELVIA BESIL SAMPIERI AND HAFFAN PROPERTIES, LLC, Appellee

---

### On Appeal from the 334th District Court
### Harris County, Texas
### Trial Court Case 2017-44139

---

### ORDER

The reporter's record in this case was due 11/06/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Berry, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM